UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CRIMINAL ACTION NO. 3:08-CR-34-H
CIVIL ACTION NO. 3:09-CV-983-H

HOWARD THOMAS GOOCH                                              PETITIONER

V.

THE UNITED STATES OF AMERICA                                     RESPONDENT

**MEMORANDUM OPINION AND ORDER**

Petitioner, Howard Thomas Gooch, has moved to withdraw his motion to vacate filed pursuant to 28 U.S.C. § 2255 (DN 27). Gooch, a federal prisoner confined at the Federal Correctional Institute in Ashland, filed a § 2255 motion with the Court in December of 2009 (DN 16, 27). Gooch claimed in his motion that he is actually innocent of the drug-related charges of conviction, that the United States relied upon false facts in prosecuting him and that he received ineffective assistance of counsel during the federal court proceedings.

Because the motion to vacate filed by Gooch appeared to be filed beyond the applicable statute of limitations, the District Court entered an order for Gooch to show cause why the one-year limitation period of 28 U.S.C. § 2255(f) does not bar him from pursuing relief. In its order, the District Court noted that Gooch's conviction had occurred on October 9, 2008, that he had not taken an appeal therefrom and that he did not file his § 2255 motion until December 21, 2009, approximately two months after the one-year statute had expired if calculated from October 9, 2008.

Eventually, all of these issues were referred to the Magistrate Judge for a review and recommendation. He determined that the instant petition was clearly untimely filed and that,

moreover, Petitioner was not entitled to a certificate of appealability.  Petitioner has not filed an objection to the Magistrate's report.

This Court has reviewed the Magistrate's opinion and agrees with it.  Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the Court adopts the Magistrate's Report and Recommendation and this petition is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that the certificate of appealability is DENIED as well.

This is a final order.


cc: Howard Thomas Gooch, *Pro Se*
   Counsel of Record
   Magistrate Judge Dave Whalin